# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Samuel Crumity, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| DaNelle M. Duvall and MGM Enterprises, Inc., | ) | Case No. 1:17-cv-067 |
| | ) | |
| Defendants. | ) | |

The court held a status conference in the above entitled action on March 29, 2018. Pursuant to its discussion with the parties, the court **ORDERS**:

(1) The final pretrial conference set for May 11, 2018, shall be rescheduled for August 21, 2018, at 2:00 p.m. by telephone. The court shall initiate the conference call.

(2) The jury trial set for May 21, 2018, shall be rescheduled for September 5, 2018, at 9:00 a.m. in Bismarck before the undersigned (Eagle courtroom). A three (3) day trial is anticipated.

Dated this 29th day of March, 2018.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court