# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Samuel Crumity, | ) |
| | ) **ORDER** |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| DaNelle M. Duvall and | ) Case No. 1:17-cv-067 |
| MGM Enterprises Inc., | ) |
| | ) |
| Defendants. | ) |

The Court has been advised that the parties have reached a settlement. The Court adopts the parties' stipulation (Doc. No. 16) and dismisses the present action in its entirety with prejudice and without costs, disbursements, or attorney's fees.

**IT IS SO ORDERED**.

Dated this 22nd day of August, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge